FILED

06 SEP -1 AM 11:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PPL   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HERNANDEZ,<br><br>    Plaintiff,<br>vs.<br><br>GEORGE GALAZA, Warden,<br><br>    Defendant. | CASE NO. 05CV1127-H (PCL)<br><br>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |

On August 4, 2006, Plaintiff Kenneth Hernandez ("Plaintiff"), proceeding *pro se*, submitted a notice of appeal which the Court construes as a request for a certificate of appealability. On May 31, 2005, Plaintiff filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) The Court denied the petition for writ of habeas corpus on July 14, 2006, stating that Plaintiff's petition was untimely under the one year statute of limitations provided by the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214, and that Plaintiff was not entitled to statutory or equitable tolling. (Doc. No. 29.)

////
////
////
////
////

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability will not be issued unless "the applicant has made a substantial showing of the denial of a constitutional right." The Court has carefully reviewed Plaintiff's original petition and related papers. From that review, the Court concludes that Plaintiff has not demonstrated a substantial denial of a constitutional right under the applicable legal standards. Accordingly, the Court **DENIES** Petitioner's request for a certificate of appealability.

IT IS SO ORDERED.

Dated: 8/31/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Kenneth Hernandez
Prisoner # J-76431
California State Prison, Corcoran
P.O. Box 3461
Corcoran, CA 93212-3461

Attorney General
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266