1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

KENNETH HERNANDEZ,

                                    Petitioner,

        vs.

GEORGE GALAZA, Warden,

                                    Respondent.

CASE NO. 05-CV-1127-H (PCL)

ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)

        Petitioner Kenneth Hernandez seeks relief from a judgment that has already been reviewed by the Court of Appeals for the Ninth Circuit.  On July 14, 2006, the Court adopted the Report and Recommendation and granted the motion to dismiss, without prejudice, the underlying petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. No. 29.)  Petitioner filed a notice of appeal on August 4, 2006, and the Court denied petitioner's request for a certificate of appealability on September 1, 2006. (Doc Nos. 31-32.)  On March 15, 2007, the Ninth Circuit denied petitioner's request for a certificate of appealability.  (See Case No. 06-56241 Docket.)

        On May 2, 2007, Petitioner filed a motion for relief from judgment pursuant to Rule 60(b).  (Doc. No. 35.)  That same day, Petitioner also requested appointment of counsel.  (Doc. No. 37.)  On May 10, 2007 the court denied Petitioner's request for appointment of counsel and ordered Respondent to file a response to the Rule 60(b) motion on or before June 11, 2007.  (Doc. Nos. 38-39.)  Respondent filed the response

1   on June 11, 2007.  (Doc. No. 40.)

2       Petitioner filed the underlying petition on May 31, 2005.  (Doc. No. 1.)  On

3   October 12, 2005, Respondent moved to dismiss the petition on the grounds that it was

4   both time-barred and contained a combination of exhausted and unexhausted claims.

5   (Doc. No. 14.)  On February 21, 2006, Magistrate Judge Lewis entered a Report and

6   Recommendation that the motion be granted and the petition dismissed, which the

7   Court adopted.  (Doc. No. 21, 29.)

8       For the reasons set forth below, the Court **DENIES** Petitioner's motion for relief

9   from judgment.

10   **Discussion**

11       Petitioner's direct review ended when the California Supreme Court denied his

12   petition for review on March 22, 2000.  (Lodgment 11.)  His state conviction became

13   final ninety days thereafter, on June 20, 2000, and any habeas petition was due within

14   one year of that date absent any tolling.  (See Order Adopting Report and

15   Recommendation at 9-10.)  The Court previously dismissed, without prejudice, this

16   petition for habeas corpus, filed on May 31, 2005, because it was untimely.  (See

17   Id. at 9-15.)  At that time, the Court rejected Petitioner's argument that the statute of

18   limitations should be tolled because of his mental state.  (Id. at 12-14).  Petitioner's

19   current motion seeks relief on the grounds of excusable neglect because of his mental

20   state.

21       Motions pursuant to Rule 60(b) are within the sound discretion of the trial court.

22   Perrin v. Aluminum Co. of America, 197 F.2d 254, 255 (9th Cir. 1952).  Rule 60(b)(6),

23   which permits relief from judgment for reasons including excusable neglect, should be

24   used only "sparingly" to prevent "manifest injustice."  Greenawalt v. Stewart, 105 F.3d

25   1268, 1273 (9th Cir. 1997), abrogation on other grounds recognized by Jackson v. Roe,

26   425 F.3d 654 (9th Cir. 2005).  Rule 60 should be used only where "'extraordinary

27   circumstances prevented a party from taking timely action to prevent or correct an

28   erroneous judgment.'"  Greenawalt, 105 F.3d at 1273 (quoting United States v. Alpine

1  Land & Reservoir Co., 984 F.2d 1047, 1049 (9th Cir. 1993)).

2      The Court has already considered petitioner's medications in the equitable tolling

3  context, and they are not presented in a different light here.  Petitioner's additional

4  medical records from 1995 are of essentially the same character as medical records that

5  the Court considered when it denied the petition.  (See Order Adopting Report and

6  Recommendation at 12-14.)  Accordingly, Petitioner has not met the standard for relief

7  from judgment under Rule 60(b).

8                                      **Conclusion**

9      For the reasons discussed above, the Court **DENIES** Petitioner's motion for relief

10  from judgment.

11      IT IS SO ORDERED.

12  DATED:  September 18, 2007

13

14                          MARILYN L. HUFF, District Judge
                            UNITED STATES DISTRICT COURT

15

16  COPIES TO:
    All parties of record.

17

18

19

20

21

22

23

24

25

26

27

28